# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                                  BK No. 10-11986-JMD

Chapter 11

Harry H. Bean and Priscilla M. Bean,
        Debtor(s)

### ORDER OF THE COURT

Hearing Date:            9/8/2010 2:00 PM

Nature of Proceeding:     Doc# 94 Adequacy Of Amended Disclosure Statement

Outcome of Hearing:      ON OR BEFORE SEPTEMBER 27, 2010, THE DEBTOR SUBMIT AN AMENDED PLAN; AND AN AMENDED DISCLOSURE STATEMENT ALONG WITH A PROPOSED ORDER APPROVING THE DISCLOSURE STATEMENT THAT INCLUDES A DATE FOR A HEARING ON THE PLAN PURSUANT TO THE FINDINGS SET FORTH ON THE RECORD THIS DATE

IT IS SO ORDERED:

/s/ J. Michael Deasy         9/8/2010

_____

J. Michael Deasy
Bankruptcy Judge