**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| In Re: | Case Number 10-11986-BAH |
| Harry H. Bean and Priscilla M. Bean | Chapter 11 |

**MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-3, MORTGAGE-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-3 TO (RE)CLOSE CASE**

Now comes Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-3, Mortgage-Backed Pass-Through Certificates Series 2007-3 ("Secured Creditor") and hereby moves to (re)close this Chapter 11 case. As grounds for this Motion, Secured Creditor states the following:

1. Harry H. Bean and Priscilla M. Bean (hereinafter referred to as the "Debtors") are the mortgagors of a certain parcel of real estate known and numbered as *806 Cherry Valley Road, Gilford, NH 03249* (the "Property"). The Property is encumbered by a first mortgage given by the Debtors to Mortgage Electronic Registration Systems, Inc. acting solely as nominee for American Home Mortgage Corp. (the "Mortgage"). The Mortgage is dated April 5, 2007 and is recorded in Belknap County Registry of Deeds in Book 2395, Page 119. Thereafter, the Mortgage was assigned to Secured Creditor. Ocwen Loan Servicing, LLC ("Ocwen") is the current servicer for this loan on behalf of Secured Creditor.

2. The Mortgage secures a promissory note given by the Debtors to American Home Mortgage Corp. in the original principal amount of $135,000.00 (the "Note"). Secured Creditor or its custodian and/or agent is, as of the date hereof, in possession of the Note. Secured Creditor is an entity entitled to enforce the Note.

3. The Debtors' Chapter 11 Petition was filed on May 3, 2010. The Debtors' (Amended) Chapter 11 Plan was confirmed on April 18, 2011. Pursuant to said Plan, Secured Creditor's claim was not modified/crammed down. Instead, the Plan provided for the Debtors to continue to make payments in the normal course pursuant to the explicit terms of the note and mortgage at issue.

4. Thereafter, following an order of August 24, 2011 granting the Debtors' Motion for Final Decree, the case was administratively closed on September 13, 2011, subject to the Debtors

filing a Motion to Reopen the Case in order to apply for a discharge under 11 U.S.C. § 1141 after all payments to unsecured creditors have been made.

5. On June 29, 2017, Secured Creditor filed a Motion to Reopen the Case for the purposes of further moving the Court for an order granting relief from the automatic stay and/or confirming no stay was in place as to the subject mortgage pursuant to 11 U.S.C. § 362(d)(1) and § 362(d)(2), and Fed. R. Bankr. P. 4001.  At the time that said Motion was filed, the total post-confirmation arrearage on the subject mortgage account was $48,723.84.  The Motion to Reopen was granted by the Court on July 5, 2017.

6. After further conferring with the Debtors (by and through their counsel) regarding the post-confirmation delinquency, the parties agreed to a Stipulation providing for the arrears to be cured over a period of six (6) months.  Said Stipulation was filed and approved by the Court on September 27, 2017.

**WHEREFORE**, Secured Creditor respectfully requests that the Court:

(1) Grant Secured Creditor's Motion and (re)close this Chapter 11 case; and/or

(2) Grant such further relief as this Court deems just and proper.

DATED:   October 18, 2017

Respectfully submitted,
Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-3, Mortgage-Backed Pass-Through Certificates Series 2007-3
By its attorney,

/s/ Marcus Pratt
Marcus Pratt, Esquire
NH Bar #21206, BNH #07275
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| In Re:<br>Harry H. Bean and Priscilla M. Bean | Case Number 10-11986-BAH<br>Chapter 11 |
|---|---|

## CERTIFICATE OF SERVICE

I, Marcus Pratt, Attorney for **Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-3, Mortgage-Backed Pass-Through Certificates Series 2007-3** hereby certify that on October 18, 2017 I electronically filed the foregoing *Motion to (Re)Close Case* with the United States Bankruptcy Court for the District of MA using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Office of the U.S. Trustee
Ann Marie Dirsa, Esquire
Eleanor Wm Dahar, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Harry H. Bean
806 Cherry Valley Road
Gilford, NH 03249

Priscilla M. Bean
806 Cherry Valley Road
Gilford, NH 03249

Harry H. Bean
234 Saltmarsh Pond Road
Gilford, NH 03249

Priscilla M. Bean
234 Salt Marsh Pond Road
Gilford, NH 03249

Fannie Mae
14221 Dallas Parkway, Suite 1000
Dallas, TX 75254-2946

Malone, Dirubbo & Company, P.C.
501 Union Avenue, Suite 1
Laconia, NH 03246-2867

Victor W. Dahar, P.A.
20 Merrimack Street
Manchester, NH 03101-2207

American Home Mtg. Servicing
4600 Regent Blvd., Ste. 200
Irving, TX 75063-2478

BAC Home Loans LP/Countrywide
450 American Street # SV416
Simi Valley, CA 93065-6285

Bank of America
Attn: Home Retention Dept.
P.O. Box 15222
Wilmington, DE 19850-5222

Cabela's Club Visa
P.O. Box 82575
Lincoln, NE 68501-2575

Dartmouth Hitchcock
P.O. Box 84277
Boston, MA 02284-2773

Haughey, Philpot & Laurent, P.A.
816 North Main Street
Laconia, NH 03246-2656

Home Depot Rewards Mastercard
P.O. Box 689147
Des Moines, IA 50368-9147

American Home Mortg Service, Inc.
1525 S. Beltline Road, Suite 100 N
Coppell, TX 75019-4913

American Home Mortgage
P.O. Box 619063
Dallas, TX 75261-9063

American Home Mortgage Servicing, Inc
4875 Belfort Road, Suite 130
Jacksonville, FL 32256-6059

Deutsche Bank National Trust Company
c/o Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409-6493

Deutsche Bank National Trust Company,
as Trustee
c/o American Home Mortgage Servicing
P.O. Box 631730
Irving, TX 75063-0002

Fannie Mae
c/o Joshua Menard, Esq.
P.O. Box 1318
Concord, NH 03302-1318

Ford Motor Credit Company
P.O. Box 62180
Colorado Springs, CO 80962-2180

Ford Motor Credit Company
P.O. Box 542000
Omaha, NE 68154-8000

GMAC
P.O. Box 130424
Roseville, MN 55113-0004

GMAC
P.O. Box 78252
Phoenix, AZ 85062-8252

Harley Davidson Credit
P.O. Box 21829
Carson City, NV 89721-1829

Internal Revenue Service
Attn: Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Imperial Capital
c/o Trimont Real Estate
Suite 2200, Monarch Tower
3424 Peachtree Road, NE
Atlanta, GA 30326-1156

Imperial Capital Bank
500 N. Brand Blvd., Suite 1500
Glendale, CA 91203-3938

Indymac Bank Home Loan Servicing
6900 Beatrice Drive
Kalamazoo, MI 49009-9559

John R. Micheals, Esq.
P.O. Box 980
Londonderry, NH 03053-0980

Meredith Village Bank
Route 25, P.O. Box 177
Meredith, NH 03253-0177

Ocwen Loan Servicing, LLC
P.O. Box 24605
Attn: Bankruptcy Dept.
West Palm Beach, FL 33416-4605

OneWest Bank FSB
Attn: Cashiering
6900 Beatrice Drive
Kalamazoo, MI 49009-9559

Onewest Bank
6900 Beatrice Drive
Kalamazoo, MI 49009-9559

Wachovia
P.O. Box 659558
San Antonio, TX 78265-9558

Wachovia Mortgage
4101 Wiseman Blvd., #MCT6D2
San Antonio, TX 78251-4200

Harley Davidson Credit Corp.
Attn: Customer Service
P.O. Box 22048
Carson City, NV 89721-2048

Harley-Davidson Credit Corp.
P.O. Box 829009
Dallas, TX 75382-9009

Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458-1005

Recovery Management Systems
Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Shaheen and Gordon
Attn: Donald Crandlemire, Esq.
P.O. Box 2703
Concord, NH 03302-2703

State of New Hampshire
Dept. of Employment Security
Attn: Arnold Rocklin-Weare
32 South Main Street
Concord, NH 03301-4817

Steven Notinger, Esq.
Donchess & Notinger
547 Amherst Street
Nashua, NH 03063-4000

U.S. Bank
P.O. Box 5229
Cincinnati, OH 45201-5229

U.S. Securities and Exchange Commission
Northeast Regional Office
233 Broadway
New York, NY 10279-0001

Urgent Healthcare
Attn: Patient Financial Services
P.O. Box 9562
Manchester, NH 03108-9562

Wachovia Mortgage
Attn: Bankruptcy
P.O. Box 659558
San Antonio TX 78265-9558

Wage and Hour Administrator
NH Department of Labor
P.O. Box 2076
Concord, NH 03302-2076

World's Foremost Banks
P.O. Box 82609
Lincoln NE 68501-2609

Worlds Foremost Bank
4800 NW 1st St., Ste. 300
Lincoln, NE 68521-4463

Stephen Page
P.O. Box 214
Plymouth, NH 03264-0214


/s/ Marcus Pratt
Marcus Pratt, Esquire
NH Bar #21206, BNH #07275
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com